IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Trisha Monta, | NO. C 07-00893 JW |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| Navy Exchange, et al., | |
| Defendants. | |

On May 18, 2007, counsel for the Plaintiff informed the Court that the above-entitled matter has reached a settlement. In light of the settlement, the Court vacates all trial and pretrial dates. On or before **August 27, 2007**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **September 10, 2007 at 9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **August 27, 2007**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

1    Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss
2  this action.
3    Plaintiff shall serve this Order on Defendants.

4  Dated:  May 25, 2007

5                                                                    JAMES WARE
                                                                     United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cory A. Birnberg birnberg@birnberg.com

**Dated:  May 25, 2007**                                                        **Richard W. Wieking, Clerk**

                                                                                **By:     /s/ JW Chambers       
                                                                                        Elizabeth Garcia
                                                                                        Courtroom Deputy**